UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS WRIGHT,

                        Plaintiff,

          -against-

RMSC DEPUTY WARDEN, ET AL.,

                   Defendants.

24 CIVIL 7029 (LTS)

CIVIL JUDGMENT

For the reasons stated in the Order of Dismissal, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    November 8, 2024
             New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                     Chief United States District Judge